# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RODREKA JONES, as personal  )
representative of the       )
estate of Nathaniel         )
Griffin, Sr., et al.,       )
                            )
     Plaintiffs,            )
                            )        CIVIL ACTION NO.
     v.                     )          2:18cv15-MHT
                            )             (WO)
DITECH FINANCIAL LLC, and   )
U.S. BANK, N.A.,            )
                            )
     Defendants.            )
```

## OPINION AND ORDER

Plaintiff brought this action for fraud, misrepresentation, and wrongful disclosure in state court. Defendants removed the case to federal court contending that this court has diversity jurisdiction over the case. *See* 28 U.S.C. § 1332. After the United States Magistrate Judge questioned the parties as to the basis for the court's jurisdiction, the parties jointly filed a stipulation that the amount in controversy is less than $ 75,000 and consenting to remand. The court therefore concludes that

jurisdiction is lacking and that remand to state court is appropriate.

***

Accordingly, pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Elmore County, Alabama.

Any pending motion is left for resolution by the state court.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 18th day of April, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE